UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners PLLC**
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886
Attorneys for Secured Creditor

Harold Kaplan (HK0226)

In Re:

**Cosmo F. Terrigno,**

      **Debtor,**

**Beatrice Terrigno,**

      **Joint Debtor.**

Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    19-18303

Chapter:    13

Hearing Date:  08/17/2021

Judge:    Andrew B. Altenburg Jr.

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: August 23, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: JPMorgan Chase Bank, N.A.

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners PLLC

Debtors' Counsel: Robert Braverman

Property Involved ("Collateral"): 2018 Mazda CX-5 VIN: JM3KFBCM3J0460442

Relief sought:        ■ Motion for relief from the automatic stay
                      □ Motion to dismiss
                      □ Motion for prospective relief to prevent imposition of automatic stay
                        against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

      ■ The Debtors have brought their account current subsequent to the filing of the Motion

         for Relief from Stay filed on July 23, 2021.

2.    Debtors must recommence post-petition payments as follows:

      ■ Beginning on August 22, 2021, regular monthly payments shall
      continue to be made in the amount of $323.38.

3.    Payments to the Secured Creditor shall be made to the following address(es):

      ■ Regular monthly payment: JPMorgan Chase Bank, N.A.
                                 National Bankruptcy Department
                                 P.O. Box 901032
                                 Ft. Worth, Texas 76101-2032

      ■ Monthly cure payment:    JPMorgan Chase Bank, N.A.
                                 National Bankruptcy Department
                                 P.O. Box 901032
                                 Ft. Worth, Texas 76101-2032

4.    In the event of Default:

      ■ Should the Debtor(s) fail to make any regular monthly payment and should same become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the

Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

5.      Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

□ To the Secured Creditor within _____ days.

□ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____              /s/Harold Kaplan
                                         _____
Robert Braverman                         Harold Kaplan
*Attorney for Debtor(s)*                 *Attorney for Secured Creditor*
Date: 8/19/2021                          Date: 8/20/2021

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18303-ABA |
| Cosmo F. Terrigno | Chapter 13 |
| Beatrice Terrigno | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

**Recip ID**                    **Recipient Name and Address**
db/jdb                   +  Cosmo F. Terrigno, Beatrice Terrigno, 9 Eugene Court, Bridgeton, NJ 08302-3611

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Denise E. Carlon
        on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
        on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Michael R. DuPont
        on behalf of Creditor Bridgeton Onized FCU dupont@redbanklaw.com  john@redbanklaw.com

Robert Braverman

District/off: 0312-1                              User: admin                                        Page 2 of 2

Date Rcvd: Aug 23, 2021                          Form ID: pdf903                                Total Noticed: 1

> on behalf of Joint Debtor Beatrice Terrigno rbraverman@mcdowelllegal.com
> tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamiso
> n@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Robert Braverman

> on behalf of Debtor Cosmo F. Terrigno rbraverman@mcdowelllegal.com
> tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamiso
> n@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Sindi Mncina

> on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee

> USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9