Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−18303−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cosmo F. Terrigno | Beatrice Terrigno |
| 9 Eugene Court | 9 Eugene Court |
| Bridgeton, NJ 08302 | Bridgeton, NJ 08302 |

Social Security No.:
  xxx−xx−2831                           xxx−xx−8992

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 September 6, 2022
Time:                   10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*59* – Certification in Opposition to Certification of Default (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/18/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Braverman on behalf of Beatrice Terrigno, Cosmo F. Terrigno. (Attachments: # 1 Certificate of Service) (Braverman, Robert)

and transact such other business as may properly come before the meeting.


Dated: August 12, 2022
JAN:

Jeanne Naughton
Clerk
