UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert N. Braverman, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
rbraverman@mcdowelllegal.com

Order Filed on December 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Cosmo F. Terrigno
   Beatrice Terrigno

                        Debtors.

Case No.:  19-18303-ABA

Chapter:  13

Judge:  Altenburg

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert N. Braverman_____, the applicant, is allowed a fee of $ _____580.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____580.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___2,063.00___ per month for _17 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*