| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Cosmo F. Terrigno**<br>**Beatrice Terrigno** | Case No. **19-18303**<br>Chapter: **13**<br>Judge: |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Cosmo F. Terrigno**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **April 11, 2024**          /s/ **Cosmo F. Terrigno**
                                  **Cosmo F. Terrigno**
                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*