**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Cosmo F. Terrigno** | Social Security number or ITIN   xxx–xx–2831 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Beatrice Terrigno** | Social Security number or ITIN   xxx–xx–8992 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–18303–ABA | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cosmo F. Terrigno                 Beatrice Terrigno

6/26/24                           **By the court:** Andrew B. Altenburg Jr.
                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                 **Chapter 13 Discharge**                 page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-18303-ABA |
| Cosmo F. Terrigno | Chapter 13 |
| Beatrice Terrigno | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Cosmo F. Terrigno, Beatrice Terrigno, 9 Eugene Court, Bridgeton, NJ 08302-3611 |
| aty | + | Jenelle L Hubbard, Schorr & Associates, P.C., 5 SplitRock Drive, Cherry Hill, NJ 08003-1220 |
| cr | + | Bridgeton Onized FCU, c/o McKenna DuPont, 229 Broad St, PO Box 610, Red Bank, NJ 07701-0610 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518201780 | + | Bridgeton Onized, 524 N. Pearl St, Bridgeton, NJ 08302-1310 |
| 518318203 | | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518201783 | | Card Services - Visa, PO Box 219736, Kansas City, MO 64121-9736 |
| 518201787 | | Comenity Bank/Total Rewards Visa, PO Box 1659584, San Antonio, TX 78265-9584 |
| 519017864 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518201790 | | Greensky, PO Box 71215, Charlotte, NC 28272-1215 |
| 518201791 | | HSN - Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 518201792 | + | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |
| 518261347 | + | McKENNA, DuPONT, HIGGINS & STONE, Attention: Michael R. DuPont, Esquire, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518247518 | + | Nicholas V. Rogers, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518201798 | + | Roseanna Shevchenko, c/o Jenelle Hubbard, Esq., 5 Split Rock Drive, Cherry Hill, NJ 08003-1220 |
| 518201800 | + | Subaru Motors Finance, c/o Chase, PO Box 78076, Phoenix, AZ 85062-8076 |
| 518201809 | + | UMB Bank, Attn: Lynda Norris, 4920 Main St, Kansas City, MO 64112-2630 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 27 2024 21:50:55 | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2024 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2024 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518201778 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:51 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518288016 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 22:04:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518201779 | | EDI: TSYS2 | Jun 28 2024 02:12:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518201782 | + | EDI: CAPITALONE.COM | Jun 28 2024 02:12:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0312-1 | User: admin | Page 2 of 4
Date Rcvd: Jun 27, 2024 | Form ID: 3180W | Total Noticed: 66

| | | | |
|---|---|---|---|
| 518201781 | EDI: CAPITALONE.COM | Jun 28 2024 02:12:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518287539 | + EDI: AIS.COM | Jun 28 2024 02:12:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518252204 | + Email/Text: RASEBN@raslg.com | Jun 27 2024 21:57:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518201786 | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 518201788 | EDI: WFNNB.COM | Jun 28 2024 02:12:00 | Comenity Bank/William Sonoma, Bankruptcy Department, PO Box 659705, San Antonio, TX 78265-9584 |
| 518201793 | EDI: CITICORP | Jun 28 2024 02:12:00 | Macy's, PO Box 78008, Phoenix, AZ 85062-8008 |
| 518201794 | EDI: CITICORP | Jun 28 2024 02:12:00 | Macys, PO Box 9001094, Louisville, KY 40290-1094 |
| 518334100 | EDI: Q3G.COM | Jun 28 2024 02:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518340112 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 21:58:00 | FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518201789 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 21:58:00 | Freedom Mortgage, 907 Pleasant Valley Ave #3, Mt. Laurel NJ 08054-1210 |
| 518263655 | + Email/Text: bankruptcy@greenskycredit.com | Jun 27 2024 21:56:00 | Greensky LLC, 1797 Northeast Expressway, Ste 100, Atlanta, GA 30329-2451 |
| 518201784 | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 518201785 | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Chase Auto, PO Box 901076, Fort Worth, TX 76101-2070 |
| 518285252 | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | JP Morgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 518201777 | EDI: JPMORGANCHASE | Jun 28 2024 02:12:00 | Amazon - Chase Card, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 518318269 | + Email/Text: ecfbnc@aldridgepite.com | Jun 27 2024 21:58:00 | JPMorgan Chase Bank, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LL, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518273921 | + Email/Text: ecfbnc@aldridgepite.com | Jun 27 2024 21:58:00 | JPMorgan Chase Bank, N.A., c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518320365 | + Email/Text: ecfbnc@aldridgepite.com | Jun 27 2024 21:58:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Dr., Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 518201795 | EDI: NAVIENTFKASMSERV.COM | Jun 28 2024 02:12:00 | Navient, 123 Justison St, 3rd St, Wilmington, DE 19801 |
| 518336840 | + EDI: MAXMSAIDV | Jun 28 2024 02:12:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518331011 | EDI: PRA.COM | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518335683 | EDI: PRA.COM | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518334572 | EDI: PRA.COM | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Ethan Allen, POB 41067, Norfolk VA 23541 |
| 518333269 | | EDI: PRA.COM | | |
| | | | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518331009 | | EDI: PRA.COM | | |
| | | | Jun 28 2024 02:12:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518201796 | | EDI: SYNC | | |
| | | | Jun 28 2024 02:12:00 | Paypal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518201797 | | EDI: WFNNB.COM | | |
| | | | Jun 28 2024 02:12:00 | Pier 1 Imports - Comenity Bank, PO Box 659617, San Antonio, TX 78265-9617 |
| 518319062 | | EDI: Q3G.COM | | |
| | | | Jun 28 2024 02:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518319063 | | EDI: Q3G.COM | | |
| | | | Jun 28 2024 02:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518201799 | | EDI: SALLIEMAEBANK.COM | | |
| | | | Jun 28 2024 02:12:00 | Sallie Mae, PO Box 8377, Philadelphia, PA 19101-8377 |
| 518333709 | | EDI: SALLIEMAEBANK.COM | | |
| | | | Jun 28 2024 02:12:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 518201801 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jun 27 2024 21:58:00 | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518318832 | + | EDI: AIS.COM | | |
| | | | Jun 28 2024 02:12:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518201802 | | EDI: SYNC | | |
| | | | Jun 28 2024 02:12:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, PO Box 960013, Orlando, FL 32896-5061 |
| 518201803 | | EDI: SYNC | | |
| | | | Jun 28 2024 02:12:00 | Synchrony Bank/Ethan Allen, PO Box 960061, Orlando, FL 32896-0061 |
| 518201804 | | EDI: SYNC | | |
| | | | Jun 28 2024 02:12:00 | Synchrony Bank/TJ Maxx, PO Box 960061, Orlando, FL 32896-0061 |
| 518201807 | ^ | MEBN | | |
| | | | Jun 27 2024 21:51:05 | TD Bank, PO Box 100290, Columbia, SC 29202-3290 |
| 518250759 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jun 27 2024 22:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518201808 | | EDI: SYNC | | |
| | | | Jun 28 2024 02:12:00 | TJX Rewards / SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 518201805 | | EDI: WFNNB.COM | | |
| | | | Jun 28 2024 02:12:00 | Talbots - Comenity Bank, PO Box 659617, San Antonio, TX 78265-9617 |
| 518201806 | + | EDI: WTRRNBANK.COM | | |
| | | | Jun 28 2024 02:12:00 | Target Credit Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 518314868 | + | EDI: UMBFINANCIAL.COM | | |
| | | | Jun 28 2024 02:12:00 | UMB BANK, PO BOX 419734, KANSAS CITY MO 64141-6734 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518335379 | | FREEDOM MORTGAGE CORPORATION |
| 518322343 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JP Morgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |

District/off: 0312-1                         User: admin                         Page 4 of 4
Date Rcvd: Jun 27, 2024                      Form ID: 3180W                      Total Noticed: 66
TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Bridgeton Onized FCU dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert Braverman | on behalf of Joint Debtor Beatrice Terrigno rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase. |
| Robert Braverman | on behalf of Debtor Cosmo F. Terrigno rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase. |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| Thomas G. Egner | on behalf of Joint Debtor Beatrice Terrigno tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Cosmo F. Terrigno tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13